# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149091

IN RE WHITE

_____

MARK EARL WHITE,

   Plaintiff-Appellant,

v              SC: 149091
              COA: 318905

OAKLAND CIRCUIT COURT,

   Defendant-Appellee.

_____

   On order of the Chief Justice, plaintiff's motion for reconsideration of the order of April 23, 2014 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $15.00 as ordered. Failure to comply with this order shall result in administrative dismissal of plaintiff's appeal.

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2014



                Clerk

jam